# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEBORAH A. MOLENDA,
            Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, a Delaware corporation; MARY
FLORA CRUZE, individually and as Trustee
of the Albert J. Cruze Revocable Living Trust,
            Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5111JKA

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's Motion of Summary Judgment is granted. Defendants' Motion for Summary Judgment is denied.

| August 11, 2008 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | s/ *Traci Whiteley* |
| | By Traci Whiteley, Deputy Clerk |