**HONORABLE J. KELLEY ARNOLD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH A. MOLENDA,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a Delaware corporation; MARY FLORA CRUZE, individually, and as Trustee of the Albert J. Cruze Revocable Living Trust,<br><br>        Defendants. | Case No. C08-5111JKA<br><br>ORDER DIRECTING CLERK TO DISBURSE FUNDS |

On August 11, 2008 the Court entered its Order on Cross Motions for Summary Judgment. In that order the Court found that the plaintiff, Deborah A. Molenda, was entitled to payment of the proceeds of the Albert J. Cruze life insurance plan. The proceeds of that plan have previously been paid into the registry of the court by the Metropolitan Life Insurance Company. Therefore, it is hereby

ORDERED that the balance of the proceeds of the Albert J. Cruze life insurance plan previously paid into the Registry of the Court by the

ORDER DIRECTING CLERK TO
DISBURSE FUNDS - 1

DAVIS ROBERTS & JOHNS, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

Metropolitan Life Insurance Company, in the amount of $9,000.00, shall be paid forthwith by the Clerk of the Court to the plaintiff, Deborah A. Molenda, care of her counsel of record.

DONE IN OPEN COURT this 25th day of August, 2008.

                               /s/ J. Kelley Arnold
                               Honorable J. Kelley Arnold
                               United States Magistrate Judge

**AGREED TO AND APPROVED:**

DAVIS ROBERTS & JOHNS, PLLC      STOKES LAWRENCE, P.S.

_____      _____
MICHAEL W. JOHNS                    KAROLYN A. HICKS
WSBA #22054                            WSBA #30418
Attorneys for Plaintiff                  Attorneys for Defendant
Deborah A. Molenda                 Mary Flora Cruze

ORDER DIRECTING CLERK TO DISBURSE FUNDS - 2

**DAVIS ROBERTS & JOHNS, PLLC**
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646