**HONORABLE J. KELLEY ARNOLD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH A. MOLENDA,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a Delaware corporation; MARY FLORA CRUZE, individually, and as Trustee of the Albert J. Cruze Revocable Living Trust,<br><br>Defendants. | Case No. C08-5111JKA<br><br>AMENDED ORDER DIRECTING CLERK TO DISBURSE FUNDS |

On August 11, 2008 the Court entered its Order on Cross Motions for Summary Judgment. In that order the Court found that the plaintiff, Deborah A. Molenda, was entitled to payment of the proceeds of the Albert J. Cruze life insurance plan. The proceeds of that plan, in the amount of $10,170.14, were paid into the registry of the court by the Metropolitan Life Insurance Company. $1,000.00 of those funds have previously been paid to the Metropolitan Life Insurance Company pursuant to prior order of the Court. Therefore, it is hereby

AMENDED ORDER DIRECTING
CLERK TO DISBURSE FUNDS - 1

DAVIS ROBERTS & JOHNS, PLLC
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

ORDERED that the balance of the proceeds of the Albert J. Cruze life insurance plan previously paid into the Registry of the Court by the Metropolitan Life Insurance Company, together with accrued interest, shall be paid forthwith by the Clerk of the Court to the plaintiff. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $9,170.14, plus all accrued interest, minus any statutory users fees, payable to Deborah A. Molenda, and mail or deliver the check to Deborah A. Molenda care of her attorneys at the following address:

> Davis Roberts & Johns, PLLC
> 7525 Pioneer Way, Suite 202
> Gig Harbor, Washington 98335

DONE IN OPEN COURT this 28th day of August, 2008.

> /s/ *J. Kelley Arnold*
> Honorable J. Kelley Arnold
> United States Magistrate Judge

**AGREED TO AND APPROVED:**

| DAVIS ROBERTS & JOHNS, PLLC | STOKES LAWRENCE, P.S. |
|---|---|
| /s/ Michael W. Johns | /s/ Karolyn A. Hicks (per e-mail authorization) |
| MICHAEL W. JOHNS | KAROLYN A. HICKS |
| WSBA #22054 | WSBA #30418 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Deborah A. Molenda | Mary Flora Cruze |

AMENDED ORDER DIRECTING
CLERK TO DISBURSE FUNDS - 2